**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kerry L. Orr<br>&<br>Edward A. Orr<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 17-17282 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                          Respectfully submitted,

                                          **/s/ Matteo S. Weiner, Esquire**
                                          Matteo S. Weiner, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 627-1322 FAX (215) 627-7734