UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KERRY L. ORR                  NO. 17-17282 JKF
    EDWARD A. ORR             CHAPTER 7
                               HEARING: December 13, 2017

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE OF DECEMBER 13, 2017 at 9:30 AM

       Ford Motor Credit Company, LLC has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding a 2015 Ford Taurus Motor Vehicle.

       **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**
       1.  If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then **on or before DECEMBER 7, 2017** you or your attorney must do <u>all</u> of the following things:
       (a) **FILE AN ANSWER** explaining your position at:

Clerk, United States Bankruptcy Court
Robert N C Nix Building
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail is early enough so that it will be received on or before the date stated above;
**AND**  (b) **MAIL A COPY** of the documents to the Movant's attorney:

Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Ste. 200
Jenkintown, PA 19046
Telephone No.  215.886.1120
Facsimile No.  215.886.1118

       2.  If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.
       3.  A **HEARING ON THE MOTION** is scheduled to be held before the Hon. Jean K. FitzSimon on **DECEMBER 13, 2017** at **9:30 AM** in Courtroom No.  **3** United States Bankruptcy Court, Robert Nix Federal Building, 900 Market Street, 2d Floor, Philadelphia, PA 19107
       4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).
       5.  You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.
       DATE:  November 21, 2017