Certificate Number: 12433-PAE-DE-030212177

Bankruptcy Case Number: 17-17282



12433-PAE-DE-030212177

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 22, 2017</u>, at <u>7:08</u> o'clock <u>PM EST</u>, <u>Edward A. Orr</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 22, 2017</u>          By:   <u>/s/Lance Brechbill</u>

                                                Name:   <u>Lance Brechbill</u>

                                                Title:   <u>Teacher</u>