Certificate Number: 12433-PAE-DE-030212175

Bankruptcy Case Number: 17-17282



12433-PAE-DE-030212175

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 22, 2017, at 7:08 o'clock PM EST, Kerry L. Orr completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 22, 2017               By:   /s/Lance Brechbill

                                         Name:   Lance Brechbill

                                         Title:   Teacher