**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Edward A. Orr<br>Kerry L. Orr<br>Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A.<br>Movant<br>vs. | NO. 17-17282 JKF |
| Edward A. Orr<br>Kerry L. Orr<br>Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq.<br>Trustee | |

## ORDER

AND NOW, this 11th day of December, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead and Movant having filed a Certificate of No Objection, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 230 West Ridley Avenue Boro of Ridley Park, PA 19078 ("Property), as to Movant, its successors or assignees.

cc: See attached service list

United States Bankruptcy Judge.

Edward A. Orr
230 West Ridley Avenue
Ridley Park, PA 19078

Kerry L. Orr
230 West Ridley Avenue
Ridley Park, PA 19078

David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532