United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17282-jkf
Kerry L Orr                                                         Chapter 7
Edward A Orr
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1                Date Rcvd: Dec 11, 2017
                              Form ID: pdf900       Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2017.
db/jdb          +Kerry L Orr,   Edward A Orr,   230 W. Ridley Avenue,   Ridley Park, PA 19078-2724
14004687        +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2017 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
          DAVID M. OFFEN    on behalf of Debtor Kerry L Orr dmo160west@gmail.com,  davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Joint Debtor Edward A Orr dmo160west@gmail.com,
           davidoffenecf@gmail.com
          HOWARD GERSHMAN    on behalf of Creditor  Ford Motor Credit Company, LLC hg229ecf@gmail.com,
           229ecf@glpoc.comcastbiz.net
          MATTEO SAMUEL WEINER    on behalf of Creditor  BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor  BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Edward A. Orr | | CHAPTER 7 |
|      Kerry L. Orr | | |
| | Debtor(s) | |
| | | |
| BANK OF AMERICA, N.A. | | NO. 17-17282 JKF |
| | Movant | |
|     vs. | | |
| | | |
| Edward A. Orr | | 11 U.S.C. Section 362 |
| Kerry L. Orr | | |
| | Debtor(s) | |
| | | |
| Christine C. Shubert Esq. | | |
| | Trustee | |

**ORDER**

AND NOW, this  11th  day of  December, 2017 at Philadelphia, upon failure of Debtor(s) and the

Trustee to file and Answer or otherwise plead and Movant having filed a Certificate of No Objection, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and

the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject

premises located at 230 West Ridley Avenue Boro of Ridley Park, PA 19078 ("Property), as to Movant, its

successors or assignees.

cc: See attached service list

_____
United States Bankruptcy Judge.

Edward A. Orr
230 West Ridley Avenue
Ridley Park, PA 19078

Kerry L. Orr
230 West Ridley Avenue
Ridley Park, PA 19078

David M. Offen, Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

Christine C. Shubert Esq.
10 Teaberry Drive (VIA ECF)
Medford, NJ 08055

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532