UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KERRY L. ORR                            NO. 17-17282 JKF
    EDWARD A. ORR                        CHAPTER 7
                                                  HEARING: December 13, 2017

**ORDER GRANTING FORD MOTOR CREDIT RELIEF FROM STAY
REGARDING 2017 FORD ESCAPE MOTOR VEHICLE**

AND NOW, this 21st day of December, 2017, in consideration of the Motion of Ford Motor Credit Company, LLC for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, effective immediately, with waiver of FRBP 4001(a)(3):

Ford Motor Credit Company, LLC is granted relief from the Automatic Stay of Bankruptcy Code 362a, and is free to exercise all of its rights as lienholder of a 2017 Ford Escape motor vehicle owned by Debtor, Kerry Orr.

BY THE COURT:

_[signature: Jean K. FitzSimon]_
_____
Bankruptcy Judge

Jean K. FitzSimon

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046

Christine C. Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

S:\FMCC JKF 7