United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kerry L Orr  
Edward A Orr  
    Debtors

Case No. 17-17282-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.
```
jdb            +Edward A Orr,    230 W. Ridley Avenue,    Ridley Park, PA 19078-2724
cr            ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court:  Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80921)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              DAVID M. OFFEN    on behalf of Joint Debtor Edward A Orr dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Kerry L Orr dmo160west@gmail.com,  davidoffenecf@gmail.com
              HOWARD  GERSHMAN    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KERRY L. ORR
    EDWARD A. ORR

NO. 17-17282 JKF
CHAPTER 7
HEARING: December 13, 2017

ORDER GRANTING FORD MOTOR CREDIT RELIEF FROM STAY
REGARDING 2017 FORD ESCAPE MOTOR VEHICLE

AND NOW, this 21st day of December, 2017, in consideration of the Motion of Ford Motor Credit Company, LLC for Relief from the Automatic Stay, there being no response thereto, it is hereby ORDERED, effective immediately, with waiver of FRBP 4001(a)(3):

Ford Motor Credit Company, LLC is granted relief from the Automatic Stay of Bankruptcy Code 362a, and is free to exercise all of its rights as lienholder of a 2017 Ford Escape motor vehicle owned by Debtor, Kerry Orr.

BY THE COURT:

_____
Bankruptcy Judge

Jean K. FitzSimon

**Interested Parties:**
Howard Gershman, Esquire
Gershman Law Offices, PC
610 York Road, Suite 200
Jenkintown, PA 19046

Christine C. Shubert, Trustee
821 Wesley Avenue
Ocean City, NJ 08226

David M. Offen, Esquire
The Curtis Center
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106

S:\FMCC JKF 7